IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DEBRA MEEKER-SERENO** § | |
| § | |
| Plaintiff, § | |
| § | |
| § | Civil Action No. 4:22-cv-01923 |
| v. § | |
| § | |
| **DEUTSCHE BANK NATIONAL TRUST** § | |
| **COMPANY,** § | |
| § | |
| Defendant. § | |

## DEFENDANT'S NOTICE OF SERVICE OF ITS INITIAL RULE 26 DISCLOSURES

Defendant Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W2[1] ("Deutsche Bank" or "Defendant") hereby certifies it served its Initial Disclosures in accordance with Federal Rule of Civil Procedure 26(a)(1)(A)-(D) and order of the Court on Plaintiff Debra Meeker-Sereno via their attorney of record, Robert C. "Clay" Vilt, 5177 Richmond Avenue, Suite 1142 Houston, TX 77056, clay@viltlaw.com

---

[1] Plaintiff incorrectly named "Deutsche Bank National Trust Company" as the party-defendant in this case. Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W2 is the correctly named party.

Respectfully submitted,

By: */s/ Nicholas M. Frame*
    **MARK D. CRONENWETT**
    Texas Bar No. 00787303
    Southern District Admission No. 21340
    mcronenwett@mwzmlaw.com

    **NICHOLAS M. FRAME**
    Texas Bar No. 24093448
    Southern District Admission No. 3121681
    nframe@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, PC**
14160 North Dallas Parkway, Ste. 900
Dallas, TX 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via ECF notification on September 16, 2022 to the following counsel of record:

Robert C. "Clay" Vilt
VILT AND ASSOCIATES – TX, P.C.
Chase Bank Building
5177 Richmond Avenue, Suite 1142
Houston, TX 77056

    */s/ Nicholas M. Frame*
    **NICHOLAS M. FRAME**